

AO 91 (REV.5/85) Criminal Complaint

AUSA Barry Jonas (312) 886-8027



FILED
DEC 2 4 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**12CR 1015**
**MAGISTRATE JUDGE SCHENKIER**

UNITED STATES OF AMERICA

v.

DURON ALLEN PAULS

**CRIMINAL COMPLAINT**

CASE NUMBER:

~~12M789~~

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief: On or about December 16, 2012, at Homewood, in the Northern District of Illinois, Eastern Division, DURON ALLEN PAULS defendant herein:

by intimidation, did take from the person or presence of a bank employee, approximately $4,975 in United States currency belonging to and in the care, custody and control of the TCF bank branch office located inside a Jewel Osco grocery store at 3153 183rd Street, Homewood, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title 18, United States Code, Section 2113(a). I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
BRIAN S. CLARK
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 24, 2012      at    Cook County, Illinois
Date                                                               County and State

SIDNEY I. SCHENKIER, U.S. Magistrate Judge
Name & Title of Judicial Officer                       Signature of Judicial Officer

UNITED STATES DISTRICT COURT )
) ss
NORTHERN DISTRICT OF ILLINOIS )

## AFFIDAVIT

I, BRIAN S. CLARK, being duly sworn, state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed for approximately nine years. I am assigned to the FBI Chicago Field Office, South Resident Agency ("SRA") Violent Crimes Squad ("VSC"), and have been on the VCS for approximately seven years. My duties on the VCS include the investigation of various crimes, including bank robberies in violation of Title 18, U.S.C. Sec 2113(a).

2. This affidavit is submitted in support of a criminal complaint alleging that Duron A. Pauls has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging Pauls with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. On December 16, 2012, at approximately 9:15 am, a TCF Bank branch office located inside a Jewel Osco grocery store at 3153 183rd Street, Homewood, Illinois, was robbed by an individual described by the bank teller (hereinafter "Teller A"), and depicted on bank surveillance cameras as, a black male, over 6' tall, 18-22 years old, with a light complexion and wearing a dark shirt, dark pants, reflective emergency vest and a Chicago

Transit Authority ("CTA") flap hat.

4. The Robber entered the Jewel Osco grocery store and was seen by Teller A standing in front of the teller counter as he/she was helping another customer. The Robber stepped up to the counter and opened a blue plastic checkbook cover. He then said to Teller A that he would be right back and that he forgot something. The Robber then left the teller area. The Robber returned a short time later and said "I have a note for the bank." The Robber then laid the note on the countertop. Teller A did not read the note and handed it to another employee (hereinafter "Teller B") who was standing next to Teller A. According to Teller B, the note read something to the effect of "Keep Quiet, Keep Calm. I want 100s, 1000s. If you don't do what I ask, I have guns and explosives on me. Don't make me use them." After he/she read the note, Teller B heard the Robber say to just do as he asked. The Robber then told the tellers to give him the money. Teller A heard the Robber state that he had a gun. The Robber gave the tellers a tan bag to put the money in. Both Teller A and Teller B noticed that the Robber was wearing blue latex gloves. Teller A placed $4,975 in U.S. currency in the bag provided by the Robber. The Robber took the bag and, before leaving the bank area, he returned to the teller counter and asked the tellers for the note back. He was given the note back and he left the Jewel Osco store.

5. Subsequent to the robbery, the Homewood Police Department ("HPD") and the FBI were notified of the bank robbery. Investigators from HPD and the FBI responded to the TCF branch to conduct interviews of victim/witnesses, collect evidence, review the surveillance video and canvass the area for potential outside witnesses.

6. TCF possesses a video surveillance system. Images of the bank robber were captured by that system. Photographs from the video were provided to HPD and FBI agents following the bank robbery. I have reviewed the photographs from the TCF video surveillance system. The photographs reveal that the Robber was a tall black male, approximately 18-22 years of age, wearing a CTA winter hat with the ear flaps pulled down, a green reflective vest, dark CTA coat, and blue latex gloves. It also showed the Robber present a white document and tan bag to the tellers.

7. On or about December 23, 2012, at approximately 9:55 am, Dyer Police Department ("DPD") officers were dispatched to the Jewel Osco store located at 805 Joliet Street, Dyer, Indiana, to further investigate a report by an off duty HPD officer who observed a black male dressed in a CTA uniform, which included a winter hat with ear flaps and a coat, that matched the description of the individual who robbed the TCF Bank on December 16, 2012, in Homewood, Illinois. TCF has a bank branch inside the Jewel Osco in Dyer, Indiana, that was open at the time the individual was observed inside the store. When DPD officers approached this individual (later identified as Duron Allen Pauls) inside the Jewel Osco, Pauls fled the store. While attempting to flee the store but still inside it, Pauls confronted a beverage distributor (hereafter referred to as "Witness A") who attempted to stop Pauls. Pauls drew a gun and pointed it at Witness A and said to get out of the way. Witness A complied with Pauls' demand. Prior to exiting the store, a DPD officer observed Pauls discard the gun in the liquor department of the store, which was recovered prior to continuing the pursuit. The pursuit then continued outside the store. Pauls was observed by

the DPD officers discarding his CTA jacket and hat while running away from the officers. Pauls then hide behind a utility box where he removed his CTA pants and blue latex gloves, which were later recovered by DPD. Pauls then continued to run and was apprehended near 2070 Joliet Street, Dyer, Indiana. Following his arrest, a note was recovered from Paul's person that read "Be quiet and don't be stupid. I have a fully automatic hand gun. Put $20,000 in large bills in bag. No tracking devices & no dye packs. 'All 100's' Fuck up and you will find out."

8. Following his arrest, Pauls was interviewed by DPD officers. After waiving his *Miranda* rights, Pauls admitted to robbing the TCF bank, 3153 183rd Street, Homewood, Illinois, on December 16, 2012. He was shown a photograph of the Robber from surveillance photographs and stated that was indeed him in the photograph.

9. According to the DPD officers who interviewed Pauls, Pauls is an 18 year old black male, approximately 6' 3" tall and 180 pounds.

10. At the time of the robbery on December 16, 2012, deposits of TCF Bank were insured by the Federal Deposit Insurance Corporation ("FDIC").

## Conclusion

10. Based on the foregoing facts, Affiant respectfully submits that there is probable cause to believe Duron Allen Pauls did rob the TCF bank at 3153 183rd Street, Homewood, Illinois, on December 16, 2012 in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
BRIAN S. CLARK
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on December 24, 2012.

_____
SIDNEY I. SCHENKIER
United States Magistrate Judge